IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACKSON COUNTY, MISSISSIPPI | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:07cv490LG-JMR |
| | § | |
| | § | |
| | § | |
| WILLIAM LYNN PRESLEY | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Plaintiff Jackson County, Mississippi. The Court, after a full review and consideration of Plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Plaintiff pursuant to FED. R. CIV. P. 56. The Judgment rendered in *United States of America v. William Lynn Presley*, Criminal No. 1:99cr33, against Defendant William Lynn Presley is renewed and Defendant William Lynn Presley is ordered to pay to Plaintiff Jackson County, Mississippi, the indebtedness of $665,520.26. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this 26th day of November, 2007.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE